IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SHEET METAL WORKERS )
NATIONAL HEALTH FUND ) No. 3-10-0101
 )
v. )
 )
STEVENS SHEET METAL )
AND IRON WORKS, INC. )

O R D E R

The plaintiff's motion for entry of agreed order (Docket Entry No. 10) is GRANTED.

Contemporaneously, the Court has entered the parties' agreed order.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge