IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SHEET METAL WORKERS )
NATIONAL HEALTH FUND ) No. 3-10-0101
)
)
v. )
)
STEVENS SHEET METAL )
& IRON WORKS, INC. )

O R D E R

By order entered September 10, 2010 (Docket Entry No. 23), the parties were directed to file a joint status report by September 20, 2010. The parties have not filed a status report.

However, before entering the September 10, 2010, order, the Court overlooked the fact that plaintiff's counsel advised the Court on August 2, 2010, that the defendant had made substantial payments and that it was anticipated that payments would be completed by October 31, 2010.

Therefore, by November 8, 2010, the parties shall file a joint status report, indicating whether they have reached a resolution, and, if so, when they will file an agreed order or stipulation of dismissal or other appropriately captioned settlement/dismissal document and, if not, whether the potential remains and, if not, whether and when the initial case management conference should be rescheduled.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge